IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM HATCHER**                                                                                          **PLAINTIFF**

**v.**                         **Case No. 2:16-cv-00014 KGB**

**MDOW INSURANCE COMPANY and**
**WELLS FARGO HOME MORTGAGE, INC.**                                              **DEFENDANTS**

## ORDER

Before this Court is the stipulation of dismissal of Wells Fargo filed by all parties (Dkt. No. 56). The parties request that the Court dismiss Wells Fargo Home Mortgage, Inc. ("Wells Fargo") from this action. For good cause shown, the Court grants the motion for stipulation of dismissal (Dkt. No. 56). Wells Fargo is hereby dismissed from this matter.

So ordered this 5th day of May, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge