
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 25 2017

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM HATCHER                      PLAINTIFF

v.            Case No. 2:16-cv-00014-KGB

MDOW INSURANCE COMPANY               DEFENDANT

## JUDGMENT

This matter came for trial by jury on the 22nd day of May, 2017. All parties announced ready for trial. A jury of twelve was selected and sworn.

On May 24, 2017, the jury returned a verdict as follows:

### VERDICT FORM

**Question 1:**

We, the jury, on plaintiff William Hatcher's claim against defendant MDOW, find in favor of

Defendant MDOW
(Write plaintiff William Hatcher or defendant MDOW)

                                           /s/ Kenneth Soper
                                           FOREPERSON

DATED:    5/24/2017

**Note:**
Answer Question 2 only if your response to Question 1 is plaintiff William Hatcher.

**Question 2:**

We assess plaintiff William Hatcher's damages, if any, as
_____.
(Write the dollar amount, if any).

                                          _____
                                          FOREPERSON

DATED:_____

Judgment is therefore entered in favor of defendant MDOW and against plaintiff William Hatcher. The relief requested is denied.

It is so adjudged this the 25th day of May, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge