IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HATCHER<br>    Plaintiff<br><br>v.<br><br>MDOW INSURANCE COMPANY, and<br>WELLS FARGO HOME MORTGAGE,<br>INC.<br>    Defendants | Case No. 2:16CV-00014-KGB<br><br>Jury Trial Demanded |

## NOTICE OF APPEAL

Comes now the Plaintiff, William Hatcher, by and through his attorneys, Austin H. Easley and B. Michael Easley of Easley & Houseal, PLLC, and for his Notice of Appeal, states:

William Hatcher notifies this Court, MDOW Insurance Company, and Wells Fargo Home Mortgage, Inc. that he appeals to the United States Court of Appeals for the Eighth Circuit the Judgment in favor of MDOW entered in this case on May 25, 2017. The filing fee for this appeal is being forwarded to the U.S. District Clerk forthwith. The transcript of limited portions of the record will be ordered from the court reporter at such time as those decisions are made.

Respectfully submitted,

EASLEY & HOUSEAL, PLLC

By: */s/ B. Michael Easley*
B. Michael Easley
Arkansas Bar No. 74041
Post Office Box 1115
Forrest City, AR 72336-1115
P: (870) 633-1447
mike@ehtriallawyers.com

## CERTIFICATE OF SERVICE

I, B. Michael Easley, one of the attorneys for the Plaintiff in this cause, hereby state on oath that I have caused the above pleading to be filed using the CM/ECF system on this 23rd day of June, 2017.

*/s/ B. Michael Easley*
B. Michael Easley